IN THE DISTRICT COURT OF BUCKS COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05694

Sheriff's Sale Date: _____

V.

MARCIE SAXTON, ET AL,
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Summons + Complaint

I, Victoria Canady, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve MARCIE SAXTON the above process on the 28 day of January, 20 17 at 3:19 o'clock, PM, at 411 Celtic Ash St Sneads Ferry, NC 28460 9370

**Manner of Service:**

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action *
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *
- [x] By handing a copy to the Defendant(s)
- [ ] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: Marcie Saxton
Relationship/Title/Position: Named Defendant
Remarks: _____
Description: Approximate Age 45  Height 5'5"  Weight 185  Race Caucasian  Sex F  Hair brown

Defendant was not served because: [ ] Moved  [ ] Unknown  [ ] No Answer  [ ] Vacant

[ ] Other: _____

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of NC
County of Forsyth
) SS:

Before me, the undersigned notary public, this day, personally, appeared Victoria Canady to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

Victoria Canady
(Signature of Affiant)

Subscribed and sworn to before me this 31 day of January, 20 17

_____ Notary Public

File Number: USA-158092
Case ID #: 4799885

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2019