UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>MARCIE SAXTON a/k/a MARCIE CONCEPCION<br><br>                      Defendant | CIVIL NO. 16-05694 |

**PRAECIPE TO SATISFY JUDGMENT**

Kindly mark the judgment in the above matter satisfied of record.

                              Respectfully submitted,

                              KML Law Group, P.C.

                              By: _____
                              Rebecca A. Solarz, Esquire
                              Suite 5000 – BNY Independence Center
                              701 Market Street
                              Philadelphia, PA  19106-1532
                              (215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MARCIE SAXTON a/k/a MARCIE CONCEPCION<br><br>Defendant | CIVIL NO. 16-05694 |

### CERTIFICATE OF SERVICE

I do hereby certify that service of the Praecipe to Satisfy Judgment and Certificate of Service was made upon:

>MARCIE SAXTON a/k/a MARCIE CONCEPCION
>411 Celtic Ash Street
>Sneads Ferry, NC 28460-9370

by mailing a true and correct copy thereof, postage prepaid, on this 1 day of December, 2017.

>Respectfully submitted,
>KML Law Group, P.C.
>
>By: _____
>Brittni Augustin, Legal Assistant
>Suite 5000 – BNY Independence Center
>701 Market Street
>Philadelphia, PA  19106-1532
>215-825-6470